UNITED STATES OF AMERICAN AIR FORCE, Defendant—Appellee.

No. 05–1486.

United States Court of Appeals, Fourth Circuit.

Submitted June 23, 2005.

Decided June 28, 2005.

Wayne Lee JENKINS, Plaintiff—Appellant,

v.

Mary MURPHY, Officer of Probation and Parole, District 1; Timothy Hodges, Counselor, Life Line Counseling Associates; Helen F. Fahey, Chairman, Virginia Parole Board; David N. Harker, Member, Virginia Parole Board; Doris L. Ewing, Manager, Court & Legal Services Unit of the Virginia Department of Corrections, Defendants—Appellees.

No. 04–8021.

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2005.

Wayne Lee Jenkins, Appellant Pro Se.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Lee Jenkins appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jenkins v. Murphy*, No. CA–04–1346–1 (E.D. Va. filed Nov. 15, 2004; entered Nov. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.